**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 11, 2015

Hon. Sterling Harmon
Appellate Division Chief
219 North 6th Street, Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Doyle Lynn Young
100 N. 6th Street, Ste. 313
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Hon. Abelino (Abel) Reyna
McLennan County District Attorney
219 N. 6th Street, Suite 200
Waco, TX 76701
* DELIVERED VIA E-MAIL *

Re:       Cause No. 13-14-00038-CR
Tr.Ct.No. 2011-2499-C1
Style:    Allan Latoi Story v. The State of Texas


Appellant's motion for leave to file brief in the above cause was this day GRANTED by this Court. The brief has been ordered filed as of May 11, 2015, the date of receipt.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch